THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>    Plaintiff<br><br>v.<br><br>RECOLOGY MOUNTAIN VIEW, a California corporation,<br><br>    Defendant. | NO.   C21-00292-MJP<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, McCarthy & Ballew, L.L.P., attorneys for Plaintiff, and Sarah Bryan Fask and Madhura Panjini of Littler Mendelson, P.C., attorneys for Defendant, Recology Mountain View, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this *10th* day of December, 2021.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | LITTLER MENDELSON, P.C. |
| | |
| *s/Russell J. Reid*<br>Russell J. Reid, WSBA #2560<br>Thomas A. Leahy, WSBA #26365 | *s/Madhura Panjini*<br>Madhura Panjini, WSBA #54370<br>Sarah Bryan Fask (pro hac vice) |

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

    ORDER ENTERED this 10th day of December, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff